IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| YI-SAENG HAM BURRESE,<br><br>          Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>          Defendant. | CV 20-10-M-DLC-KLD<br><br>ORDER |

IT IS ORDERED that the preliminary pretrial conference scheduled for June 2, 2020 at 11:00 a.m. will be held telephonically. All counsel shall call 1-866-390-1828 at the designated time to participate in the scheduling conference. When prompted, enter the access code 8447649 followed by #.

DATED this 1st day of June, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1