IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| YI-SAENG HAM BURRESE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 20–10–M–DLC<br><br>ORDER |

That parties have filed a stipulation for dismissal of this matter.

IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs and fees.

DATED this 26th day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

-1-